# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KEVIN ALEJANDRO JIMENEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0833

_____

August 21, 2024

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Howard L. Dimmig, II, Public Defender, and Tim Bower Rodriguez, Special Assistant Public Defender, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.